JS-6

EILEEN M. DECKER
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
THOMAS D. COKER (SBN 136820)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2454
    Facsimile: (213) 894-0015
    E-mail: Thomas.coker@usdoj.gov

Attorneys for Defendant United States of America

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LEWIS WHITING,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. EDCV 15-01472-AB (DTBx)<br><br>[~~Proposed~~] JUDGMENT |

This action came before the Court on the Government's Motion for Summary Judgment ("Motion"). On June 21, 2016, after carefully considering the pleadings filed in support of and in opposition to the Motion, the Court granted the Government's Motion in part as to Count I and denied the Motion as moot as to Count II.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

1. As to Count I of the First Amended Complaint, Plaintiff TIMOTHY LEWIS WHITING is not entitled to damages against the United States pursuant to 26 U.S.C. Section 7433.

2. As to Count II of the First Amended Complaint, Plaintiff's case is dismissed for lack of subject matter jurisdiction.

3. Plaintiff TIMOTHY LEWIS WHITING takes nothing by his First Amended Complaint and action against the United States.

DATE: July 18, 2016       _____
                          ANDRÉ BIROTTE JR.
                          United States District Judge

Presented By:

EILEEN M. DECKER
United States Attorney
ROBERT CONTE
Assistant United States Attorney
Acting Chief, Tax Division

_/S/TDC_____
THOMAS D. COKER
Assistant United States Attorney